AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 28, 2024

SEAN F. McAVOY, CLERK

JAMALH ANTHONY WILSON,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:23-CV-3073-TOR |
| YAKIMA POLICE DEPARTMENT, SERGEANT RITCHIE FOWLER, AND CITY OF YAKIMA WASHINGTON, | )<br>)<br>) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   The Defendants' Motion for Summary Judgment, ECF No. 36, is GRANTED.
Pursuant to the Order filed at ECF No. 48, this case is DISMISSED with prejudice.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice   _____ on Defendants' Motion for Summary Judgment.

Date:  2/28/2024

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
*(By) Deputy Clerk*

Ruby Mendoza